**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

# CIVIL MINUTES

| | |
|---|---|
| **Case No**: Cv. 04-1806-KI | **Proceeding Date:** September 26, 2005 |
| **Case Title:** Scott v. Tillamook County | |
| **Presiding Judge**: Garr M. King | **Courtroom Deputy**: Mary Austad (JH) |
| **Reporter:** None    **Tape No:** | |

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket Entry**: RECORD OF ORDER: Plaintiff shall file his opposition to defendants' motion for summary judgment on or before October 17, 2005. Defendants may file a reply within 11 days thereafter. Defendants' motion for summary judgment (#9) shall be taken UNDER ADVISEMENT on October 31, 2005.

**Document Number:** _____
**CIVIL MINUTES**